8 So.3d 491 (2009)
Consuelo A. AGUILA, Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS, etc., et al., Appellees.
No. 3D08-993.
District Court of Appeal of Florida, Third District.
May 6, 2009.
Consuelo A. Aguila, in proper person.
Louis A. Gutierrez, Senior Attorney, Tallahassee, for appellee, Unemployment Appeals Commission.
Before GERSTEN, C.J., and RAMIREZ and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See DeJesus v. Riconed, Inc., 741 So.2d 642 (Fla. 3d DCA 1999).